FILED
 2005 Aug-05 PM 03:44
U.S. DISTRICT COURT
   N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| Jerry Boyd,        Plaintiff,        vs.        Weyerhaeuser Company, et al.,        Defendants. | ]<br>]<br>]<br>]<br>]   CV-05-CO-634-J<br>]<br>]<br>]<br>] |

MEMORANDUM OF OPINION

I.  Introduction.

Presently before the Court is Plaintiff's Motion to Remand, filed on April 17, 2005, as well as the response to the motion filed by the defendant, Weyerhaeuser. Upon due consideration, and for the reasons that follow, Plaintiff's Motion to Remand will be granted.

II.  Facts.

Plaintiff, Jerry Boyd ("Boyd"), alleges that while acting in the line and scope of his employment with Defendant, Southern Energy Homes, Inc., ("Southern") he was injured.

Plaintiff filed suit against Southern for workman's compensation benefits (Count One), and in other counts against Weyerhaeuser for state law torts seeking to recover for the same injuries and under the same facts as described in Count One.

Weyerhaeuser removed this case based on 28 U.S.C. § 1332, Diversity of Citizenship, contending that the other defendant, Southern, should be disregarded because it was fraudulently joined.

III.    Discussion.

The claims, facts and arguments asserted in this case are similar to those in *Robert E. Plyler v. Continental Conveyor & Equipment Company, Inc., et al.,* CV-04-CO-2641-J (N.D. Ala. Oct. 12, 2004).  The differences are not material to the consideration of the pending motion.  The Court by reference adopts the analysis set forth in that opinion.

The Court is of the opinion that it does not have diversity jurisdiction over the claims against the defendant. This case will be remanded to the Circuit Court of Walker County, Alabama.  A separate order will be entered.

Done this <u>5th</u> day of <u>August 2005</u>.

                                                                       L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153